(March 22, 1923.)

## BOISE–PAYETTE LUMBER CO., a Corporation, Appellant, v. W. S. McCORNICK, Respondent.

[213 Pac. 1119.]

APPEAL from the District Court of the Eleventh Judicial District, for Twin Falls County. Hon. Wm. A. Babcock, Judge.

Action to foreclose lien. Judgment for defendant. *Affirmed.*

Bothwell & Chapman, for Appellant.

By reason of his knowledge of the untenantable condition of his building, on account of damage resulting from a previous fire, for the purpose of use and occupancy as a blacksmith-shop, at the time of the execution of the lease, respondent constituted St. Lawrence, the lessee therein, as his agent within the meaning of the statutes for the purpose of making the repairs necessary to render the demised premises tenantable for such uses.   (C. S., sec. 7339.)

The lessor must be deemed to have consented, within the meaning of the statute, to such repairs as were reasonable and necessary.   (*Tinsley v. Smith*, 115 App. Div. 708, 101 N. Y. Supp. 382; *Hampson v. Smith*, 115 App. Div. 910, 101 N. Y. Supp. 386; *Jones v. Menke*, 168 N. Y. 61, 60 N. E. 1053; *National Wall Paper Co. v. Sire*, 163 N. Y. 122, 57 N. E. 293; *Steeves v. Sinclair*, 67 N. Y. Supp. 776; *Bentley v. Adams*, 92 Wis. 386, 66 N. W. 505; *York v. Mathis*, 103 Me. 67, 68 Atl. 746; *Potter v. Conley*, 83 Kan. 698, 112 Pac. 608; *Husted v. Mathis*, 77 N. Y. 388; *Shaw v. Young*, 87 Me. 271, 32 Atl. 897.)

James H. Wise, for Respondent.

Mere general consent on the part of owner that lessee may make alterations and repairs at his own expense is not sufficient to bind owner's property.   (*Valienti v. Theatre Co.*, 166 N. Y. Supp. 76, 99 Misc. 517; *Eddy Company, Ltd., v. Chamberlain*, 45 N. B. 26.)

Unless obligation is imposed upon the lessee to make improvements there is no contract sufficient to subject lessor's estate to lien.   (*Wies & Jennett Marble Co. v. Gardiner*, 198 Mo. App. 35, 198 S. W. 424.)

DUNN, J.—Appellant seeks by this action to foreclose a lien on certain lots of respondent on the ground that it furnished materials to one C. M. St. Lawrence as the agent

of respondent for the repair of a house standing on said lots, but there is no evidence whatever tending to establish such agency.   Judgment affirmed, with costs to respondent.

McCarthy and Wm. E. Lee, JJ., concur.